UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A.,<br><br>Defendants. | Docket No.: 1:19-cv-002689-LLS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 25th day of June, 2019, I caused a true and correct copy of the Reply Memorandum of Law in Further Support of Defendants' Motion for Relief Pursuant to Fed. R. Civ. P. 56(d), dated June 25, 2019, to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties. Parties may access this filing through the Court's ECF System.

New York, New York
June 25, 2019

                                                                                                      HOGAN LOVELLS US LLP

                                   By:  /s/ Dennis H. Tracey, III
                                                 Dennis H. Tracey, III
                                                 390 Madison Avenue
                                                 New York, New York 10017
                                                 (212) 918-3000
                                                 dennis.tracey@hoganlovells.com