

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

Dennis H. Tracey, III
Partner
T + 1 212 918 3524
dennis.tracey@hoganlovells.com

June 25, 2019

*VIA ECF*

Hon. Louis L. Stanton
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Dresser-Rand Company v. Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*
      S.D.N.Y. Docket No. 1:19-cv-002689-LLS

Dear Judge Stanton:

This firm represents defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo, S.A. ("Petróleo") (together, "Defendants") in the above-referenced action.

Pursuant to Rule 2.E. of the Court's Individual Practices, we write to respectfully request oral argument on Defendants' motion for Rule 56(d) relief (ECF No. 17), which was filed on June 3, 2019.  That motion, which plaintiff Dresser-Rand Company opposed, was fully briefed as of today, June 25, 2019.

Respectfully submitted,

Dennis H. Tracey, III

cc:   All Counsel of Record
      *via ECF*