# EXHIBIT 1

**From:**    "Latorre, Jose (PG DR CAM AM)" <jose.latorre@siemens.com>
**To:**      EMIR MANRIQUE <manriquej@pdvsa.com>, CARLOS COELLO <coelloc@pdvsa.com>,
MARITZA VALLEJO <vallejom@pdvsa.com>
**Cc:**      "Scherzer, Erik (CF R 8 S 4)" <erik.scherzer@siemens.com>, "STEGEMANN, HERBERT (RC-
VE)" <Herbert.Stegemann@siemens.com>, PATRICIA LUGO <lugopy@pdvsa.com>, CLAUDIA PEREZ
<perezcmx@pdvsa.com>
**Subject:**  RE: Bank Certification in Euro of Dresser-Rand
**Sent:**    Fri, 2 Mar 2018 16:59:06 −0000
PDVSA- DR First Admendmet Note Agreement 03_02_2018.docx

Senores (a)  PDVSA

Basados en su email de fecha 20 Febrero 2018, donde ustedes requieren saber sobre la posibilidad
de que Siemens pagos de la Novacion en Euros, ratificamos que Siemens esta en la posición de
recibir pagos en esa Moneda.

Sin embargo y luego de revisar el "Note Agreement", será necesario enmendarla para proceder con
pagos en otra moneda distinta a US Dollars, ya que la clausula 2.08 del "Note Agreement" establece
claramente que pagos deben realizarse solamente y exclusivamente en US Dollars. ( ver abajo
extracto de la cláusula).

> **Section 2.08    Payments.**  (a) The Issuer shall make each payment (including principal of
> interest on any Note, fees or other amounts) hereunder and under any other Finance Document not lat
> than 12:00 (noon), New York City time, on the date when due in immediately available Dollars, sole
> and exclusively in Dollars as currency of payment, and without setoff, defense or counterclaim (oth

Anexo encontraran un "borrador" de la Enmienda que permitiría el cambio de Moneda sugerida por
PDVSA. Igualmente, Siemens puece abrir una cuenta en Novo Bank, si PDVSA considera que esto
expeditara los pagos de la Novacion.

Dada la necesidad de agilizar el pago de Novation, apreciamos su mejor esfuerzo para proceder a
revisar y dar los comentarios al "borrador" de Enmienda, así como a la posibilidad de abrir una cuenta
en el Novo Bank \.

Jose Latorre

……………………………Translation to English…………………………………

Considering your email dated on February 20 2018, where you are asking the possibility to receive the
payments of the Novation in Euros, Siemens is in the position to receive the payment in such currency
.

However, and after reviewing the Note Agreement, it will be necessary to amend it to proceed with
payments in a currency other than US dollars, since clause 2.08 of the Note Agreement clearly
establishes that payments must be made solely and exclusively in US dollars (see below an extract of
the clause)..

> **Section 2.08    Payments.**  (a) The Issuer shall make each payment (including principal of
> interest on any Note, fees or other amounts) hereunder and under any other Finance Document not lat
> than 12:00 (noon), New York City time, on the date when due in immediately available Dollars, sole
> and exclusively in Dollars as currency of payment, and without setoff, defense or counterclaim (oth

Attached you will find a draft of the amendment that will allow the currency change suggested by

PDVSA. Also, Siemens is in the position to open an account in Novo Bank, if PDVSA consider that this will expedite the payment of the Novation,

Given the situation to expedite the payment of the Novation, we appreciate your best effort to proceed to review and give the comments to the 'draft' of the Amendment, as well as the possibility of opening an account in the Novo Bank.

Regards

Jose Latorre


-----Original Message-----
From: MARITZA VALLEJO [mailto:vallejom@pdvsa.com]
Sent: Tuesday, February 20, 2018 3:07 PM
To: Latorre, Jose (PG DR CAM AM)
Cc: CARLOS COELLO; Scherzer, Erik (CF R 8 5 4); STEGEMANN, HERBERT (RC-VE); PATRICIA LUGO; CLAUDIA PEREZ; MARITZA VALLEJO
Subject: RE: Bank Certification in Euro of Dresser-Rand

Dear Jose

The intermediary bank's compliance has rejected the payment, for this reason we are requesting a Banking Account in euros to be processed by Novo Banco.


Saludos/Best Regards

Maritza Vallejo
Gerencia de Financiamiento Corporativo
Petróleos de Venezuela, S.A.
Telf. Oficina: 58-212-7084571/0424-1162923
Fax: 58-212-7081441


|  |  |
|---|---|
| "Latorre, Jose" <jose.latorre@siemens.com> |  |
|  | Para |
|  | MARITZA VALLEJO |
| 20/02/2018 02:56 p.m. | <vallejom@pdvsa.com> |
|  | cc |
|  | "STEGEMANN, HERBERT" <Herbert.Stegemann@siemens.com>, CARLOS COELLO <coelloc@pdvsa.com>, PATRICIA LUGO <lugopy@pdvsa.com>, CLAUDIA PEREZ <perezcmx@pdvsa.com>, "Scherzer, Erik" <erik.scherzer@siemens.com> |
|  | Asunto |
|  | RE: Bank Certification in Euro of Dresser-Rand |

Dear Maritza

We need to understand your request considering that we have been working with the information provided by PDVSA that ZumaBank was the bank that was making the transfer of the payment in US dollars.

With this request for payment in euros, we would like to know what happened with the initial operation of ZumaBank or if ZumaBank will remain as the bank responsible for the transfer in euros, in addition we would like to know when this transaction would be made.

Expecting your prompt answer


Jose Latorre


-----Original Message-----
From: MARITZA VALLEJO [mailto:vallejom@pdvsa.com]
Sent: Tuesday, February 20, 2018 12:28 PM
To: Scherzer, Erik (CF R 8 5 4)
Cc: STEGEMANN, HERBERT (RC-VE); Latorre, Jose (PG DR CAM AM); CARLOS COELLO; PATRICIA LUGO; CLAUDIA PEREZ; MARITZA VALLEJO
Subject: Bank Certification in Euro of Dresser-Rand


Good day, Mr. Silverman,

We need to know if Dresser-Rand, accept receiving the outstanding payment in Euros.

If your answer is affimative, please send tha Bank Certification to us, as soon as possible.


Saludos/Best Regards

Maritza Vallejo
Gerencia de Financiamiento Corporativo
Petróleos de Venezuela, S.A.
Telf. Oficina: 58-212-7084571/0424-1162923
Fax: 58-212-7081441


This message and any attachments are solely for the use of intended recipients. The information contained herein may include trade secrets, protected health or personal information, privileged or otherwise confidential information. Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you are not an intended recipient, you are hereby notified that you received this email in error, and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system. Thank you for your cooperation

CONFIDENTIAL

DRESSER_0004340