# EXHIBIT 5

**To:** espanaam@pdvsa.com[espanaam@pdvsa.com]; bolivars@pdvsa.com[bolivars@pdvsa.com]
**From:** Mail Delivery Subsystem
**Sent:** 2019-02-14T20:15:23Z
**Importance:** Normal
**Subject:** Undeliverable: Letter regarding the Note Agreement dated January 20, 2017
**Received:** 2019-02-14T20:15:23Z

## Delivery has failed to these recipients or groups:

espanaam@pdvsa.com
Your message wasn't delivered due to a permission or security issue. It may have been rejected by a moderator, the address may only accept e-mail from certain senders, or another restriction may be preventing delivery.

bolivars@pdvsa.com
Your message wasn't delivered due to a permission or security issue. It may have been rejected by a moderator, the address may only accept e-mail from certain senders, or another restriction may be preventing delivery.

The following organization rejected your message: mail.pdvsa.com.

Diagnostic information for administrators:

Generating server: goliath.siemens.com

espanaam@pdvsa.com
mail.pdvsa.com #<mail.pdvsa.com #5.7.1 SMTP; 554 5.7.1 <espanaam@pdvsa.com>: Recipient address rejected: User unknown, Usuario Desconocido> #SMTP#

bolivars@pdvsa.com
mail.pdvsa.com #<mail.pdvsa.com #5.7.1 SMTP; 554 5.7.1 <bolivars@pdvsa.com>: Recipient address rejected: User unknown, Usuario Desconocido> #SMTP#

Original message headers:

Return-Path: <erik.scherzer@siemens.com>
Received: from usirv99008gsrv.usa.siemens.com (usirv99008gsrv.usa.siemens.com [136.157.241.28])
by goliath.siemens.com (8.14.7/8.14.7) with ESMTP id x1EKFHWQ004850;
Thu, 14 Feb 2019 15:15:17 -0500
Received: from mail4.usa.siemens.com (mail4.usa.siemens.com [136.157.7.59])
by usirv99008gsrv.usa.siemens.com (8.14.7/8.14.7) with ESMTP id x1EKFH1e013774
(version=TLSv1/SSLv3 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=OK);
Thu, 14 Feb 2019 15:15:17 -0500
Received: from USHOU260014MSX.ww007.siemens.net ([129.73.2.251])
by mail4.usa.siemens.com (8.14.7/8.14.7) with ESMTP id x1EKFGcV007859
(version=TLSv1/SSLv3 cipher=ECDHE-RSA-AES256-SHA384 bits=256 verify=FAIL);

DRESSER_0061899

Thu, 14 Feb 2019 15:15:16 -0500
Received: from USHOU260011MSX.ww007.siemens.net ([129.73.2.248]) by
 USHOU260014MSX.ww007.siemens.net ([129.73.2.251]) with mapi id
 14.03.0435.000; Thu, 14 Feb 2019 14:15:16 -0600
From: "Scherzer, Erik" <erik.scherzer@siemens.com>
To: "espanaam@pdvsa.com" <espanaam@pdvsa.com>,
        "bolivars@pdvsa.com"
<bolivars@pdvsa.com>,
        "dequintalf@pdvsa.com" <dequintalf@pdvsa.com>,
        "diazwd@pdvsa.com" <diazwd@pdvsa.com>
CC: "Hansen, Denise" <denise.hansen@siemens.com>
Subject: Letter regarding the Note Agreement dated January 20, 2017
Thread-Topic: Letter regarding the Note Agreement dated January 20, 2017
Thread-Index: AdTEoWKfP8qSfiQdS2GOD7pNCFdPzQ==
Date: Thu, 14 Feb 2019 20:15:15 +0000
Message-ID:
<F4759ABEBAB314D4F8337C34D6D456C6E0F9761F0@USHOU260011MSX.ww007.siemens.net>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [161.218.49.14]
Content-Type: text/plain
MIME-Version: 1.0

DRESSER_0061900