# Exhibit H

**From:** Brown, Melissa A. <mabrown@reedsmith.com>
**Sent:** Thursday, February 21, 2019 4:28 PM
**To:** espanaam@pdvsa.com; bolivarrs@pdvsa.com
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; dequintalf@pdvsa.com; diazwd@pdvsa.com
**Subject:** PDVSA/Dresser-Rand: Notice of Acceleration

To Whom It May Concern:

Please see attached sent on behalf of Jordan Siev.

Regards,
Melissa Brown

**Melissa A. Brown**
**Associate**
**ReedSmith** LLP
599 Lexington Ave **|** New York **|** NY **|** 10022
Phone*:* 212.549.4183 **|** Fax*:* 212.521.5450



**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 21, 2019

**By Electronic Mail**
**By Overnight Mail**
**Via Facsimile +58 212 7081441**

Petróleos de Venezuela, S.A.
PDVSA Petróleo, S.A.
La Campiña, Av. Libertador, Calle El Emplame,
Edificio Petróleos de Venezuela
Torre Estes, Piso 8, Caracas, Venezuela
Attn: Ana María España (espanaam@pdvsa.com)
      Renny Bolívar (bolivarrs@pdvsa.com)

**Re:   Notice of Acceleration Pursuant to Note Agreement, dated January 20, 2017 among Petróleos de Venezuela, S.A., as Issuer, PDVSA Petróleo, S.A. as Guarantor, Dresser-Rand Company, as Initial Noteholder and Dresser-Rand Company, as Administrative Agent (the "Note Agreement")**

To Whom It May Concern:

We represent Dresser-Rand Company ("Dresser-Rand" or "Initial Noteholder") in connection with the Note Agreement.[1]

Petróleos de Venezuela, S.A. as Issuer ("Petróleos de Venezuela" or "Issuer") and PDVSA Petróleo, S.A. as Guarantor ("Guarantor") are in default under the terms of the Note Agreement. On February 14, 2019, pursuant to Article VII of the Note Agreement, Dresser-Rand provided written notice of default ("Notice of Default"). As of February 20, 2019, five (5) days after issuance of the Notice of Default, neither Issuer nor Guarantor has remedied the default. Therefore, an Event of Default[2] has occurred and is continuing under the Note Agreement as a result of Issuer's and Guarantor's failure to fully pay the amounts due to Dresser-Rand under the Note Agreement.

Accordingly, Dresser-Rand hereby declares the principal of the Notes, together with accrued interest thereon and any unpaid accrued fees and all other liabilities of the Issuer accrued under the Note Agreement and under any other Finance Document, to be due and payable in full.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Note Agreement.
[2] The Note Agreement, Article VII(a), defines "Events of Default" to include "the failure to pay the principal of, or interest on any of the Notes, when such principal becomes due and payable, including at any of the Repayment Dates, by acceleration or otherwise, and such failure continues for a period of five (5) days after written notice thereof has been given to the Issuer."

Petróleos de Venezuela, S.A.  
PDVSA Petróleo, S.A.  
February 21, 2019  
Page 2



Nothing in this Notice shall be construed as waiver of any particular Event of Default not specifically described herein, nor an election of any particular remedy at the exclusion of any right or remedy, nor as a waiver of any right or remedy Dresser-Rand has in connection with the Note Agreement, or any other document, whether at law, in equity or otherwise.

Very truly yours,


/s/ *Jordan W. Siev*  
Jordan W. Siev

JWS:sa

cc:     Fernando de Quintal (*dequintalf@pdvsa.com*)  
       William Diaz (*diazwd@pdvsa.com*)