USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DRESSER-RAND COMPANY,

                Plaintiff,              19 Civ. 2689 (LLS)

      -against-                   **ORDER**

PETROLEOS DE VENEZUELA, S.A. and
PDVSA PETROLEO, S.A.,

                Defendants.
------------------------------------------------------------X

      Defendant PDVSA Petroleo S.A. motion for reconsideration is denied.

      So Ordered.

Dated: New York, New York
       March 31, 2020

                                            *Louis L. Stanton*
                                           LOUIS L. STANTON
                                              U.S.D.J.