UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRESSER-RAND COMPANY,<br><br>      *Plaintiff,*<br><br>    v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. *et al.*,<br><br>      *Defendants.* | Case No. 19-cv-02689 (LLS)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), Plaintiff Dresser-Rand Company, by and through its attorneys, Reed Smith LLP, will move this Court, before the Honorable Louis L. Stanton, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court, for an Order entering final judgment as to Plaintiff's claim against Defendant PDVSA Petróleo S.A. in the above-captioned action.

Dated:  April 29, 2020

                  REED SMITH LLP

                  By: */s/ Jordan W. Siev*
                  Jordan W. Siev
                  Geoffrey G. Young
                  Nicole Lech
                  599 Lexington Avenue
                  New York, NY  10022
                  Tel. (212) 521-5400
                  Fax. (212) 521-5450

                  *Attorneys for Plaintiff*