MEMO ENDORSED

# ReedSmith
**Driving progress through partnership**

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 18, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/20

Via ECF

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Dresser-Rand Co. v. Petróleos de Venezuela, S.A., et al*, No. 19-cv-02689-LLS

Dear Judge Stanton:

This firm represents plaintiff Dresser-Rand Company ("D-R") in the above-referenced action. We write to respectfully request, on consent of defendant PDVSA Petróleo S.A.'s counsel, that D-R's time to file a reply in further support of D-R's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (the "Motion") be extended from May 20, 2020 to May 27, 2020. D-R requests additional time due to interruptions caused by the COVID-19 pandemic. This is D-R's first request to extend its time to file its reply papers to the Motion.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Jordan W. Siev

Jordan W. Siev

cc: All Counsel of Record (*via ECF*)

So Ordered

Louis L. Stanton
5/18/20