# Exhibit 3

**Plaintiff's Interest Calculations**

| Period | Dates | | Principal Amount Due on the Note | 6.5% Interest Amount Due on the Note | Payment Due (principal + interest due on the note only) | Cumulative Amount Due Before Adding Default Interest At End of Period | Total Amounts Due After Adding Default Interest At End of Period | Amount of Default Interest Due at End of Period |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/20/2017 to 1/20/2018 | Interest Only | - | 1,960,212.37 | 1,960,212.37 | 1,960,212.37 | 2,002,209.25 | 41,996.88 |
| 2 | 1/20/2018 to 4/20/2018 | Interest Only | - | 1,960,212.37 | 1,960,212.37 | 3,962,421.62 | 4,046,392.39 | 83,970.77 |
| 3 | 4/20/2018 to 7/20/2018 | principal + interest | 14,955,633.71 | 1,917,599.06 | 16,873,232.77 | 20,919,625.16 | 21,362,949.27 | 443,324.11 |
| 4 | 7/20/2018 to 10/20/2018 | principal + interest | 14,955,633.71 | 1,696,542.50 | 16,652,176.21 | 38,015,125.48 | 38,820,733.69 | 805,608.21 |
| 5 | 10/20/2018 to 1/20/2019 | principal + interest | 14,955,633.71 | 1,470,159.28 | 16,425,792.99 | 55,246,526.68 | 56,430,164.59 | 1,183,637.91 |
| 6 | 1/20/2019 to 2/21/2019 | interest (short period) | | 430,815.91 | 430,815.91 | 56,860,980.50 | 57,284,711.64 | 423,731.14 |
| 7 | 2/21/2019 to 4/20/2019 | Acceleration of note on 2/21/19 | 74,778,168.57 | 3,215,285.63 | 77,993,454.20 | 135,278,165.84 | 137,136,850.78 | 1,858,684.94 |
| 8 | 4/20/2019 to 7/20/2019 | | | | | 137,136,850.78 | 140,043,024.86 | 2,906,174.08 |
| 9 | 7/20/2019 to 10/20/2019 | | | | | 140,043,024.86 | 143,010,785.95 | 2,967,761.09 |
| 10 | 10/20/2019 to 1/20/2020 | | | | | 143,010,785.95 | 146,074,743.07 | 3,063,957.11 |
| 11 | 1/20/2020 to 4/20/2020 | | | | | 146,074,743.07 | 149,170,327.00 | 3,095,583.94 |
| 12 | 4/20/2020 to 5/1/2020 | | | | | 149,170,327.00 | 149,517,709.96 | 347,382.95 |
| **Total** | | | **119,645,069.70** | **12,650,827.12** | **132,295,896.82** | | **149,517,709.96** | **17,221,813.14** |

Unrestricted