UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRESSER-RAND COMPANY,

                     Plaintiff,                                       19 **CIVIL** 2689 (LLS)

              -against-                                 **Rule 54(b) JUDGMENT**

PETROLEÓS DE VENEZUELA, S.A. and
PDVSA PETROLEÓ, S.A.,

                     Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 29, 2020, there being no just reason for delay, pursuant to Fed. R. Civ. P. 54(b) judgment is hereby entered in favor of Dresser Rand Company and against defendant PDVSA Petroleó, S.A. in the amount of $149,517,709.96.

**Dated:**  New York, New York
          May 29, 2020

                                                               **RUBY J. KRAJICK**
                                                         _____
                                                                 Clerk of Court
                                       **BY:**
                                                                   Deputy Clerk