

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

Robin L. Muir
Senior Associate
T + 1 212 918 3264
robin.muir@hoganlovells.com

January 27, 2021

*VIA ECF*

Hon. Louis L. Stanton
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Dresser-Rand Company v. Petróleos de Venezuela, S.A., et al.*
      S.D.N.Y. Docket No. 1:19-cv-002689-LLS

Dear Judge Stanton:

      This firm represents defendants Petróleos de Venezuela, S.A. ("PDVSA") and PDVSA Petróleo, S.A. ("Petróleo" and together with PDVSA, "Defendants") in the above-referenced action. We write in response to the letter filed by counsel for non-party Red Tree Investments LLC ("Red Tree") on January 25, 2021 (Dkt. No. 104), requesting a pre-motion conference in connection with its contemplated motion to intervene. Red Tree seeks to intervene in this action for the limited purpose of modifying the protective order issued on September 26, 2019 (Dkt. No. 41) to permit Red Tree to access the discovery obtained by subpoena from third-party Deutsche Bank Trust Co Americas ("Deutsche Bank").

      Defendants are agreeable to Red Tree's requested modification of the protective order. Had Red Tree's counsel consulted with us before making its application (they did not), we would have conveyed Defendants' consent. We also would have highlighted that Deutsche Bank's consent, too, is necessary before the parties may disclose documents and testimony that were designated as "confidential" by Deutsche Bank. To ensure that Deutsche Bank is heard, we have informed Deutsche Bank's outside counsel of Red Tree's application.

      We welcome the opportunity to further discuss these issues at a conference with the Court.

Respectfully submitted,
/s/ Robin L. Muir
Robin L. Muir

cc:   All counsel of record, via ECF

      Allan Taffet, via e-mail to allan.taffet@bracewell.com
      Outside counsel for Deutsche Bank Trust Co Americas