```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
DRESSER-RAND CO.,

                    Plaintiff,              19 Civ. 2689 (LLS)

     - against -                             ORDER

PETROLEOS DE VENEZUELA, S.A., et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - -X
```

Petróleo's February 1, 2021 letter motion to quash Dresser-Rand's January 25, 2021 information subpoena is denied. The evidence concerning the identity of the proper addressee of the subpoena, of the proper respondent to its inquiries, and the proper substance of responses to it should come from the responding party or witness, rather than from counsel.

So ordered.

Dated: New York, New York
       March 9, 2021

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

-1-