UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DRESSER-RAND COMPANY,

          Plaintiff,

    -against-

PETRÓLEOS DE VENEZUELA, S.A.
and PDVSA PETRÓLEO, S.A.,

          Defendants.

Docket No.: 19-cv-02689

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. in the above-captioned action and requests that copies of all pleadings, notices, orders, and other filings be sent to the undersigned at the address indicated below.

I certify that I am admitted to practice in this Court and am a registered electronic case filing user.

New York, New York
March 11, 2021

          HOGAN LOVELLS US LLP

By:   /s/ Matthew A. Ducharme
       Matthew A. Ducharme
       390 Madison Avenue
       New York, New York 10017
       Tel:   (212) 918-3000
       Fax:  (212) 918-3100
       matthew.ducharme@hoganlovells.com

*Counsel for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*