# Exhibit D

**U.S. Department of Justice**

Washington, DC 20530

**Supplemental Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

For Six Month Period Ending <u>12/31/2020</u>

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant               (b) Registration No.

     Arnold & Porter Kaye Scholer LLP         1750

   (c) Business Address(es) of Registrant
     601 Massachusetts Avenue, NW
     Washington, DC 20001-3743

2. Has there been a change in the information previously furnished in connection with the following?

   (a) If an individual:

       (1) Residence address(es)      Yes ☐      No ☐

       (2) Citizenship      Yes ☐      No ☐

       (3) Occupation      Yes ☐      No ☐

   (b) If an organization:

       (1) Name      Yes ☐      No ☒

       (2) Ownership or control      Yes ☐      No ☒

       (3) Branch offices      Yes ☐      No ☒

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

     Yes ☐       No ☐    **N/A**

     If yes, have you filed an amendment to the Exhibit C?      Yes ☐       No ☐

     If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

   Yes ☒    No ☐

   If yes, furnish the following information:

   Name                                   Position                          Date Connection Ended

   See Attachment 4A.


   (b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

   Yes ☒    No ☐

   If yes, furnish the following information:

   Name                    Residence Address          Citizenship          Position          Date Assumed

   See Attachment 4B.


5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

   Yes ☐    No ☒

   If yes, identify each such person and describe the service rendered.


   (b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?      Yes ☐      No ☒

   Name                    Residence Address          Citizenship          Position          Date Assumed


   (c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?      Yes ☐      No ☒

   If yes, furnish the following information:

   Name                                   Position or Connection                          Date Terminated


   (d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?      Yes ☒      No ☐

   If yes, furnish the following information:

   | Name | Position or Connection | Foreign Principal | Date Terminated |
   |---|---|---|---|
   | Samuel Witten | Counsel | State of Israel, Embassy | 11/06/2020 |


6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

   Yes ☐    No ☐    **N/A**

   If no, list names of persons who have not filed the required statement.

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?     Yes ☐     No ☒
   If yes, furnish the following information:

   Foreign Principal                                              Date of Termination

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period?     Yes ☒     No ☐
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)                          Date Acquired

   Ministry of Production, Foreign Trade, Investments and Fisheries of          11/10/2020
   the Republic of Ecuador
   Plataforma Gubernamental Financiera
   Amazonas entre Union Nacional de Periodistas y Alfonso Pereira
   Quito, Ecuador

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month
   reporting period.

   State of Israel, Embassy
   Government of the Federated States of Micronesia
   Embassy of the Republic of Argentina
   Bolivarian Republic of Venezuela under President Juan Guaidó
   Ministry of Trade, Industry and Energy of the Republic of Korea (Korean MOTIE)

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?

    Exhibit A[3]          Yes ☒          No ☐
    Exhibit B[4]          Yes ☒          No ☐

    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?                    Yes ☒          No ☐
        If yes, have you filed an amendment to these exhibits?        Yes ☒          No ☐

        If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly
  supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual.
  (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he
  is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3 The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.

4 The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the
  foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?      Yes ☒      No ☐

    If yes, identify each foreign principal and describe in full detail your activities and services:

    See Attachment 11.

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?      Yes ☒      No ☐

    If yes, identify each foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

    The registrant has no political activity to report on behalf of foreign principals: (1) the State of Israel, Embassy and (2) the Bolivarian Republic of Venezuela under President Juan Guaidó.

    See Attachment 12 for full details regarding the Registrant's political activity on behalf of: (1) the Government of the Federated States of Micronesia, (2) the Embassy of the Republic of Argentina, (3) Ministry of Production, Foreign Trade, Investments and Fisheries of the Republic of Ecuador, and (4) the Ministry of Trade, Industry and Energy of the Republic of Korea (Korean MOTIE).

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?      Yes ☐      No ☒

    If yes, describe fully.

---

5 "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☒        No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
| See Attachment 14A. | | | |

_____
Total

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?        Yes ☐        No ☒

If yes, have you filed an Exhibit D[8] to your registration?        Yes ☐        No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
Yes ☐        No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|-------------------|---------------|----------------|---------|
| | | | |

---

6, 7  A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**

During this 6 month reporting period, have you

(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☒          No ☐

(2) transmitted monies to any such foreign principal?          Yes ☐          No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|
| See Attachment 15A. | | | |

_____
Total

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|------|-----------|-------------------|----------------|---------|
|      |           |                   |                |         |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
| Attachment 15C provides additional explanation. | | | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

## V - INFORMATIONAL MATERIALS

16. (a)   During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]

        Yes ☐      No ☒

If Yes, go to Item 17.

(b)  If you answered No to Item 16(a), do you disseminate any material in connection with your registration?

        Yes ☐      No ☒

If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17.  Identify each such foreign principal.

18.  During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19.  During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts    ☐ Magazine or newspaper    ☐ Motion picture films    ☐ Letters or telegrams

☐ Advertising campaigns    ☐ Press releases    ☐ Pamphlets or other publications  ☐ Lectures or speeches

☐ Other *(specify)* _____

**Electronic Communications**

☐ Email

☐ Website URL(s): _____

☐ Social media websites URL(s): _____

☐ Other *(specify)* _____

20.  During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public officials        ☐ Newspapers        ☐ Libraries

    ☐ Legislators           ☐ Editors            ☐ Educational institutions

    ☐ Government agencies    ☐ Civic groups or associations    ☐ Nationality groups

    ☐ Other *(specify)*_____

21.  What language was used in the informational materials:

    ☐ English        ☐ Other *(specify)* _____

22.  Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☐    No ☐

23.  Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?

    Yes ☐    No ☐

---

12  The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise.  Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                    (Print or type name under each signature or provide electronic signature[13])

_____                        _____

January 30, 2021                                       _____

_____                        Dorothy Ames Jeffress

_____                        _____

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

## <u>ATTACHMENT 4A</u>

4(a)    Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

Yes:  <u> X </u>        No: <u>     </u>

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|---|---|---|
| Charles Bethill | Retired Partner | 07/01/2020 |
| Kyungseok Kim | Partner | 07/31/2020 |
| Bruce Kelly | Retired Partner | 08/01/2020 |
| Melvin C. Garbow | Retired Partner | 08/16/2020 |
| Stanford Ross | Retired Partner | 08/27/2020 |
| Colleen H. McDuffie | Partner | 09/18/2020 |
| Carol Anne Huff | Partner | 09/21/2020 |
| Robert Mannion | Retired Partner | 12/04/2020 |
| Stanley D. Robinson | Retired Partner | 12/06/2020 |
| Edward M. Han | Retired Partner | 12/31/2020 |
| James Thomas | Retired Partner | 12/31/2020 |
| Steven L. Kaplan | Partner | Senior Counsel as of 12/31/2020 |
| Gary Bernstein | Partner | Senior Counsel as of 12/31/2020 |
| Brian Condon | Partner | Senior Counsel as of 12/31/2020 |
| Douglas Curtis | Partner | Senior Counsel as of 12/31/2020 |
| Paul Soctt Feira | Partner | Senior Counsel as of 12/31/2020 |
| William Fellerhoff | Partner | Senior Counsel as of 12/31/2020 |
| Joel Gross | Partner | Senior Counsel as of 12/31/2020 |
| Saul Morgenstern | Partner | Senior Counsel as of 12/31/2020 |
| Carey Smith | Partner | Senior Counsel as of 12/31/2020 |
| Michael Trager | Partner | Senior Counsel as of 12/31/2020 |

# ATTACHMENT 4B

4(b)    Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

Yes:  __X__        No:  _____

| Name | Residential Address | Citizenship | Position | Date Assumed |
|------|---------------------|-------------|----------|--------------|
| Michael Joseph Harris | Provided separately to FARA Office | USA | Partner | 08/01/2020 |
| Christopher James Renk | Provided separately to FARA Office | USA | Partner | 08/01/2020 |
| Benjamin David Fackler | Provided separately to FARA Office | USA | Partner | 08/08/2020 |
| Maja Zerjal Fink | Provided separately to FARA Office | USA | Partner | 09/01/2020 |
| Craig A. Stewart | Provided separately to FARA Office | USA | Partner | 11/09/2020 |

# ATTACHMENT 11

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?

Yes:   X        No:      

If yes, identify each foreign principal and describe in full detail your activities and services:

### State of Israel

The Registrant rendered advice to the foreign principal with respect to various financing vehicles and mechanisms, international issues, U.S. lawsuits and court decisions, and U.S. laws, regulations, and policies relating to taxation, international trade, sanctions, asset attachment, customs, export control, banking, and economic and financial matters. The Registrant provided advice and assistance on legal matters arising in connection with outstanding debt securities, and immigration matters. The Registrant represented the foreign principal as attorneys of record in connection with litigation in *Jacubovich v. State of Israel* (U.S. Court of Appeals for the Second Circuit) and *Gazahan v. Groisman* (U.S. District Court for the Southern District of Florida). The Registrant provided advice concerning existing, proposed, and pending foreign aid, energy cooperation, tax, tax treaties, international trade-related, and other legislation, regulations, and/or agreements.

### Government of the Federated States of Micronesia

The Registrant rendered advice to the foreign principal regarding legal and administrative issues arising from the Compact of Free Association between the Federated States of Micronesia and the United States, including economic and financial matters, grants administration, program services, immigration, and security and defense. The Registrant rendered advice to the foreign principal concerning representation before and relationships with the legislative and executive branches of the federal government, including congressional committees and executive agencies with responsibility for the matters listed above and other matters that relate to the foreign principal.

### Bolivarian Republic of Venezuela under President Juan Guaidó

The Registrant provided assistance with contractual and legal matters concerning recovery and preservation of Venezuela's assets, including assets of the Central Bank of Venezuela, in the United States and abroad. The Registrant also provided legal advice in connection with litigation and arbitration proceedings in the United States and abroad to which the Bolivarian Republic of Venezuela under President Juan Guaidó and/or its agencies or instrumentalities may be a party. The Registrant has advised the Special Attorney General with respect to OFAC sanctions and preparing requests for specific licenses and other similar actions from OFAC.

## Ministry of Trade, Industry, and Energy of the Republic of Korea

The Registrant rendered advice to the foreign principal, including monitoring activities, researching and gathering information, and providing legal analyses with respect to new and ongoing U.S. trade actions and proceedings involving the U.S. Department of Commerce, the U.S. International Trade Commission, the Office of the U.S. Trade Representative, and the U.S. Court of International Trade. The Registrant rendered advice to the foreign principal, including monitoring activities, researching and gathering information, and providing legal analyses with respect to the status of U.S. trade policy and negotiations with other countries. The Registrant rendered advice to the foreign principal, including monitoring activities, researching and gathering information, and providing legal analyses with respect to new developments regarding export controls, energy, COVID-19 relief efforts, the U.S. economy, the World Trade Organization, and the upcoming presidential/congressional elections. The registrant rendered advice to the foreign principal, including monitoring activities, researching and gathering information with respect to the U.S. presidential election and transition.


## Embassy of the Republic of Argentina

The Registrant rendered strategic advice to the foreign principal with respect to policies relating to international to international trade, investment opportunities and financial matters. The Registrant provided advice on international trade issues involving the agriculture sector, opportunities for foreign investment and financing in diverse sectors, and debt related issues.


## Ministry of Production, Foreign Trade, Investments and Fisheries of the Republic of Ecuador

The Registrant rendered strategic advice to and assisted the foreign principal with advocacy and outreach efforts to U.S. Government Officials in connection with promoting interests in furthering bilateral trade and investment.

# ATTACHMENT 12

12.     During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity as defined below?

Yes:    <u>   X   </u>        No:    <u>        </u>

If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

The registrant has no political activity to report on behalf of foreign principals: (1) the State of Israel, Embassy and (2) the Bolivarian Republic of Venezuela under President Juan Guaidó.

See below for full details regarding the Registrant's political activity on behalf of: (1) the Government of the Federated States of Micronesia, (2) the Embassy of the Republic of Argentina, (3) Ministry of Production, Foreign Trade, Investments and Fisheries of the Republic of Ecuador, and (4) the Ministry of Trade, Industry and Energy of the Republic of Korea (Korean MOTIE).

## **Government of the Federated States of Micronesia**

| Date | Contact | Type of Contact | Subject Matter |
|---|---|---|---|
| \ | Government of the Federated States of Micronesia | | |
| 07/02/2020 | Staff of Senate Committee on Health, Education, Labor, and Pensions | Email | Legislative priorities relevant to the foreign principal |
| 07/06/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs | Videoconference | Issues relating to the Compact of Free Association |
| 07/07/2020 | Office of Rep. Gregorio Sablan (D-MP) | Email | Legislative priorities relevant to the foreign principal |
| 07/10/2020 | Office of Rep. Ed Case (D-HI) | Email | Boosting Long-Term U.S. Engagement in the Pacific Act |
| 07/20/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs | Videoconference | Issues relating to federal programs and services provided under the Compact of Free Association |
| 07/21/2020 | Office of Sen. Mitt Romney (R-UT) | Email | Covering our FAS Allies Act |
| 07/23/2020 | Office of Rep. Ed Case (D-HI) | Email | Boosting Long-Term U.S. Engagement in the Pacific Act |
| 07/30/2020 | Office of Rep. Ed Case (D-HI) | Email | Boosting Long-Term U.S. Engagement in the Pacific Act |
| 08/05/2020 | Office of Rep. Tony Cárdenas (D-CA) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |

| | Government of the Federated States of Micronesia | | |
|---|---|---|---|
| **Date** | **Contact** | **Type of Contact** | **Subject Matter** |
| 08/05/2020 | Office of Sen. Mazie Hirono (D-HI) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 08/05/2020 | Staff of the Senate Finance Committee | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 08/07/2020 | Staff of the Senate Energy and Natural Resources Committee | Email | Legislative priorities relevant to the foreign principal |
| 08/13/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs | Videoconference, email | Issues relating to the Trust Fund established under the Compact of Free Association |
| 08/26/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs; Staff of the National Oceanic and Atmospheric Administration | Videoconference | Issues relating to federal programs and services provided under the Compact of Free Association |
| 08/26/2020 | Office of Rep. Steve Womack (R-AR) | Email | Appropriations and veterans' priorities relevant to the foreign principal |
| 09/14/2020 | Office of Rep. Tony Cárdenas (D-CA) | Email | Medicaid legislation related to the foreign principal |
| 09/16/2020 | Office of Rep. Tony Cárdenas (D-CA) | Email | Medicaid legislation related to the foreign principal |
| 09/17/2020 | Staff of House Committee on Energy and Commerce | Email | Medicaid legislation related to the foreign principal |
| 09/18/2020 | Staff of State Department's East Asia and Pacific Affairs Bureau | Telephone, email | Issues relating to the Compact of Free Association |
| 09/23/2020 | Staff of State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs | Videoconference | Issues relating to federal programs and services provided under the Compact of Free Association |
| 10/01/2020 | Staff of State Department's Legal Adviser's Office | Telephone | Issues relating to the Compact of Free Association |
| 10/02/2020 | Staff of State Department's East Asia and Pacific Affairs Bureau | Telephone, email | Issues relating to the Compact of Free Association |
| 11/03/2020 | Office of Rep. Ed Case (D-HI) | Email | Issues relating to the Compact of Free Association |
| 11/10/2020 | Staff of State Department's East Asia and Pacific Affairs Bureau | Telephone | Issues relating to the Compact of Free Association |
| 12/01/2020 | Office of Sen. Kirsten Gillibrand (D-NY) | Email | Boosting Long-Term U.S. Engagement in the Pacific Act |
| 12/01/2020 | Office of Rep. Ed Case (D-HI) | Videoconference | Legislative priorities relevant to the foreign principal |
| 12/04/2020 | Office of Rep. Ed Case (D-HI) | Email | Compact Impact Fairness Act |
| 12/07/2020 | Office of Sen. Bill Cassidy (R-LA) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Susan Collins (R-ME) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Maggie Hassan (D-NH) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Angus King (I-ME) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Joe Manchin (D-WV) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |

| **Government of the Federated States of Micronesia** |
|---|---|---|---|
| **Date** | **Contact** | **Type of Contact** | **Subject Matter** |
| 12/07/2020 | Office of Sen. Lisa Murkowski (R-AK) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Mitt Romney (R-UT) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Jeanne Shaheen (D-NH) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Sen. Mark Warner (D-VA) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Anthony Gonzalez (R-OH) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Dusty Johnson (R-SD) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Josh Gottheimer (D-NJ) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Dean Phillips (D-MN) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Tom Reed (R-NY) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Rep. Abigail Spanberger (D-VA) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/07/2020 | Office of Fred Upton (R-MI) | Email | Medicaid legislation and COVID-19 assistance related to the foreign principal |
| 12/08/2020 | Office of Sen. Mazie Hirono (D-HI) | Email | Covering our FAS Allies Act and COVID-19 assistance related to the foreign principal |
| 12/08/2020 | Office of Rep. Tony Cárdenas (D-CA) | Email | Covering our FAS Allies Act and COVID-19 assistance related to the foreign principal |
| 12/09/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs | Videoconference | Issues relating to the Compact of Free Association |
| 12/17/2020 | Staff of the State Department's East Asia and Pacific Affairs Bureau; Staff of the Interior Department's Office of Insular and International Affairs; Staff of the Federal Deposit Insurance Corporation | Videoconference | Issues relating to federal programs and services provided under the Compact of Free Association |
| 12/21/2020 | Office of Sen. Mazie Hirono (D-HI) | Email | Medicaid legislation related to the foreign principal |
| 12/21/2020 | Office of Rep. Tony Cárdenas (D-CA) | Email | Medicaid legislation related to the foreign principal |
| 12/22/2020 | Staff of House Committee on Veterans' Affairs | Email | Veterans' priorities relevant to the foreign principal |

## Ministry of Trade, Industry and Energy of the Republic of Korea

| Ministry of Trade, Industry, and Energy of the Republic of Korea | | | |
|---|---|---|---|
| Date | Contact | Type of Contact | Subject Matter |
| 12/08/2020 | Member of President-elect Biden's Transition Team | Email | Confirmation of meeting details. |
| 12/09/2020 | Member of President-elect Biden's Transition Team | Meeting | Discussion of issues potentially affecting bilateral trade and investment including technology and infrastructure agenda. |

## Embassy of the Republic of Argentina

| Embassy of the Republic of Argentina | | | |
|---|---|---|---|
| Date | Contact | Type of Contact | Subject Matter |
| 07/06/2020 | Office of Sen. Jim Risch (R-ID), Chairman of Senate Foreign Relations Committee | Email | Request for Senator Risch's participation in an event sponsored by the Argentine Ambassador commemorating the anniversary of the AMIA bombing in Buenos Aires. |
| 07/07/2020 | Office of Sen. Jim Risch (R-ID), Chairman of Senate Foreign Relations Committee | Email | Request for Senator Risch's participation in an event sponsored by the Argentine Ambassador commemorating the anniversary of the AMIA bombing in Buenos Aires. |
| 07/08/2020 | Staff Member of the Senate Foreign Relations Committee and Senior Policy Advisor to the House Committee on Foreign Affairs | Telephone | Request for Senator Menendez's participation in an event sponsored by the Argentine Ambassador commemorating the anniversary of the AMIA bombing in Buenos Aires. |
| 07/09/2020 | Officer of the Federal Reserve Bank of New York | Telephone and email | Contact regarding potential call between Officer of the Federal Reserve Bank of New York and Argentine Ambassador Arguello. |
| 11/08/2020 | Member of President-elect Biden's Transition Team | Email | Request to set a call between President-elect Biden and Argentine President Alberto Fernandez. |
| 11/11/2020 | Member of President-elect Biden's Transition Team | Email | Request to set a call between President-elect Biden and Argentine President Alberto Fernandez. |
| 11/24/2020 | Member of President-elect Biden's Transition Team | Email | Request to set a call between President-elect Biden and Argentine President Alberto Fernandez. |
| 11/29/2020 | Member of President-elect Biden's Transition Team | Email | Request to set a call between President-elect Biden and Argentine President Alberto Fernandez. |

## Ministry of Production, Foreign Trade, Investments and Fisheries of the Republic of Ecuador

| Date | Contact | Type of Contact | Subject Matter |
|------|---------|-----------------|----------------|
| Ministry of Production, Foreign Trade, Investments and Fisheries of the Republic of Ecuador | | | |
| 11/09/2020 | U.S. National Security Advisor | Meeting | Discussion regarding relations between Republic of Ecuador and the United States, including a potential bilateral trade agreement. |
| 12/20/2020 | Staff of Senate Foreign Relations Committee | Email | Request for meeting regarding relations between Republic of Ecuador and the United States. |
| 12/20/2020 | Staff of House Foreign Affairs Committee | Email | Request for meeting regarding relations between Republic of Ecuador and the United States. |
| 12/20/2020 | Staff of House Foreign Affairs Committee and Office of Rep. Gregory Meeks (D-NY) | Email | Request for meeting regarding relations between Republic of Ecuador and the United States. |

14(a)   Receipts – Monies

During this 6 month reporting period, have you received from any foreign principal named in items 7, 8 and 9 of this statement, or from any other source, for or in the interest of any such foreign principal, any contributions, income or money either as compensation or otherwise?

Yes:   <u> X </u>          No: <u>      </u>

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.

**State of Israel**

> **Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.  The substantial majority of these monies received during this period was for services and activities that do not require registration under the Foreign Agents Registration Act of 1938, as amended.**
>
> **Further, the services to which these receipts relate may have been performed in a prior period.**

| State of Israel | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 07/07/2020 | State of Israel | Fees<br>Disbursements | $       41,489.50<br>$         2,408.80 |
| 07/07/2020 | State of Israel | Fees<br>Disbursements | $       23,322.10<br>$         2,673.00 |
| 07/07/2020 | State of Israel | Fees | $         1,004.30 |
| 07/08/2020 | State of Israel | Fees | $       10,000.00 |
| 07/28/2020 | State of Israel | Fees<br>Disbursements | $       52,343.30<br>$         7,259.40 |
| 07/28/2020 | State of Israel | Fees | $            182.60 |
| 07/28/2020 | State of Israel | Fees | $            456.50 |
| 07/30/2020 | State of Israel | Fees | $       10,000.00 |
| 07/30/2020 | State of Israel | Fees<br>Disbursements | $       17,198.10<br>$              32.20 |
| 08/05/2020 | State of Israel | Fees | $         6,000.00 |
| 08/10/2020 | State of Israel | Fees | $         6,000.00 |
| 08/19/2020 | State of Israel | Fees | $       10,000.00 |

| State of Israel | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 08/20/2020 | State of Israel | Fees<br>Disbursements | $ 3,027.60<br>$ 64.50 |
| 09/08/2020 | State of Israel | Fees | $ 10,000.00 |
| 09/11/2020 | State of Israel | Fees | $ 6,000.00 |
| 09/25/2020 | State of Israel | Fees<br>Disbursements | $ 73,306.50<br>$ 3,122.00 |
| 09/25/2020 | State of Israel | Fees | $ 730.40 |
| 09/25/2020 | State of Israel | Fees<br>Disbursements | $ 57,673.90<br>$ 705.00 |
| 09/25/2020 | State of Israel | Fees | $ 3,378.10 |
| 09/28/2020 | State of Israel | Fees<br>Disbursements | $ 16,766.55<br>$ 1,902.40 |
| 10/16/2020 | State of Israel | Fees | $ 11,004.95 |
| 10/21/2020 | State of Israel | Fees | $ 10,000.00 |
| 10/21/2020 | State of Israel | Fees<br>Disbursements | $ 6,000.00<br>$ 305.00 |
| 10/28/2020 | State of Israel | Fees<br>Disbursements | $ 42,565.30<br>$ 301.20 |
| 10/28/2020 | State of Israel | Fees | $ 3,395.70 |
| 10/28/2020 | State of Israel | Fees | $ 547.80 |
| 10/28/2020 | State of Israel | Fees | $ 4,930.20 |
| 11/12/2020 | State of Israel | Fees | $ 10,000.00 |
| 11/16/2020 | State of Israel | Fees | $ 6,000.00 |
| 11/20/2020 | State of Israel | Fees<br>Disbursements | $ 12,436.20<br>$ 32.20 |
| 11/20/2020 | State of Israel | Fees<br>Disbursements | $ 2,068.20<br>$ 32.20 |
| 12/01/2020 | State of Israel | Fees<br>Disbursements | $ 5,478.00<br>$ 58.20 |
| 12/01/2020 | State of Israel | Fees | $ 547.80 |
| 12/01/2020 | State of Israel | Fees | $ 10,151.25 |
| 12/11/2020 | State of Israel | Fees<br>Disbursements | $ 1,896.75<br>$ 63.40 |
| 12/16/2020 | State of Israel | Fees | $ 1,522.10 |

| State of Israel | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 12/16/2020 | State of Israel | Fees<br>Disbursements | $ 8,287.85<br>$ 429.00 |
| 12/23/2020 | State of Israel | Fees | $ 6,000.00 |
| 12/23/2020 | State of Israel | Fees | $ 10,000.00 |
| | | Total Fees | $ 501,741.55 |
| | | Total Disbursements | $ 19,388.50 |
| | | **TOTAL RECEIVED** | **$ 521,130.05** |

## Government of the Federated States of Micronesia

**Note: The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

**Further, the services to which these receipts relate may have been performed in a prior period.**

| Government of the Federated States of Micronesia | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 07/15/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 07/15/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| 09/01/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 09/01/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| 09/22/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 09/22/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| 10/19/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 10/19/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| 12/15/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 12/15/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| 12/15/2020 | Federated States of Micronesia | Fees | $ 42,500.00 |
| 12/15/2020 | Federated States of Micronesia | Fees | $ 7,500.00 |
| | | Total Fees | $ 300,000.00 |
| | | **TOTAL RECEIVED** | **$ 300,000.00** |

**Bolivarian Republic of Venezuela under President Juan Guaidó**

**Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

**Further, the services to which these receipts relate may have been performed in a prior period.**

| Bolivarian Republic of Venezuela under President Juan Guaidó | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Fees | $  422,620.20 |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Fees | $  665,561.25 |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Fees | $  151,122.15 |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Fees | $  245,382.75 |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Disbursements | $  392,244.22 |
| 08/25/2020 | Bolivarian Republic of Venezuela under President Juan Guaidó | Disbursements | $  532,000.00 |
| | | Total Fees | $  1,484,686.35 |
| | | Total Disbursements | $  924,244.22 |
| | | **TOTAL RECEIVED** | **$  2,408,930.57** |

**Ministry of Trade, Industry, and Energy of the Republic of Korea**

**Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

| Ministry of Trade, Industry, and Energy of the Republic of Korea | | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 07/15/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $      8,832.60 |
| 07/27/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| 07/31/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    11,010.15 |
| 08/21/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| 08/21/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $      8,469.00 |
| 09/22/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $      3,263.40 |
| 09/29/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| 10/14/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $      1,965.60 |
| 10/29/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| 10/29/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $      8,160.30 |
| 12/08/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| 12/24/2020 | Ministry of Trade, Industry, and Energy of the Republic of Korea | Fees | $    33,000.00 |
| | | Total Fees | $   239,701.05 |
| | | **TOTAL RECEIVED** | **$   239,701.05** |

**Embassy of the Republic of Argentina**

Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.

Further, the services to which these receipts relate may have been performed in a prior period.

| | Embassy of the Republic of Argentina | | |
|---|---|---|---|
| **Date of Receipt** | **From Whom** | **Purpose** | **Amount** |
| 08/03/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 08/03/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 08/20/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 09/21/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 10/23/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 12/03/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| 12/29/2020 | Embassy of the Republic of Argentina | Fees<br>Disbursements | $           125,000.00<br>$             36,000.00 |
| | | Total Fees | $           875,000.00 |
| | | Total Disbursements | $           252,000.00 |
| | | **TOTAL RECEIVED** | **$     1,127,000.00** |

15(a)   Disbursements – Monies

During this 6 month reporting period, have you:

(1)   disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, and 9 of this statement?

Yes:   X        No:  _____

(2)   transmitted monies to any such foreign principal?

Yes:  _____        No:  X

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

**State of Israel**

> **Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.  The substantial majority of these monies was for charges related to services and activities that do not require registration under the Foreign Agents Registration Act of 1938, as amended.**
>
> **Further, the services to which these expenditures relate may have been performed in a prior period.**

Disbursements Recorded – July 1, 2020 through December 31, 2020

| State of Israel | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 07/01/2020 | Arnold & Porter/eData Vendor* | eData Research | $      32.20 |
| 07/01/2020 | Lexis Research | Lexis Computer Research | $        4.80 |
| 07/03/2020 | Lexis Research | Lexis Computer Research | $        4.80 |
| 07/09/2020 | Lexis Research | Lexis Computer Research | $        2.40 |
| 07/09/2020 | Westlaw Research | Westlaw Computer Research | $    318.00 |
| 07/14/2020 | Lexis Research | Lexis Computer Research | $      64.80 |
| 07/14/2020 | Westlaw Research | Westlaw Computer Research | $  1,771.80 |
| 07/15/2020 | Lexis Research | Lexis Computer Research | $      40.80 |
| 07/16/2020 | Lexis Research | Lexis Computer Research | $      55.20 |
| 07/16/2020 | Westlaw Research | Westlaw Computer Research | $    305.40 |
| 07/17/2020 | Lexis Research | Lexis Computer Research | $      14.40 |
| 07/17/2020 | Westlaw Research | Westlaw Research | $      85.80 |
| 07/18/2020 | Lexis Research | Lexis Computer Research | $      36.00 |
| 07/19/2020 | Lexis Research | Lexis Computer Research | $        2.40 |

| State of Israel | | | |
|---|---|---|---|
| Date Recorded | To Whom | Purpose | Amount |
| 07/20/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 07/21/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 07/22/2020 | Westlaw Research | Westlaw Computer Research | $ 562.80 |
| 07/28/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 07/29/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 07/30/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 07/30/2020 | FARA Registration Unit | Filing Fees | $ 305.00 |
| 07/31/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 08/01/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 08/01/2020 | Arnold & Porter/eData Vendor* | eData Computer Research | $ 32.20 |
| 08/02/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 08/03/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/03/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/04/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 08/09/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/11/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/12/2020 | Westlaw Research | Westlaw Computer Research | $ 429.00 |
| 08/13/2020 | Westlaw Research | Westlaw Computer Research | $ 1,098.00 |
| 08/14/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/14/2020 | Westlaw Research | Westlaw Computer Research | $ 772.20 |
| 08/17/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 08/18/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 08/20/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 08/21/2020 | Lexis Research | Lexis Computer Research | $ 14.40 |
| 08/22/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/24/2020 | Westlaw Research | Westlaw Computer Research | $ 232.20 |
| 08/26/2020 | Lexis Research | Lexis Computer Research | $ 16.80 |
| 08/27/2020 | Lexis Research | Lexis Computer Research | $ 12.00 |
| 08/28/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 08/29/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 08/31/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/01/2020 | Lexis Research | Lexis Computer Research | $ 14.40 |
| 09/01/2020 | Arnold & Porter/eData Vendor* | eData Computer Research | $ 32.20 |
| 09/02/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 09/03/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 09/04/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/05/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 09/06/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/07/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 09/09/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |

| State of Israel |
|---|---|---|---|

| Date Recorded | To Whom | Purpose | Amount |
|---|---|---|---|
| 09/10/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/11/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/11/2020 | Westlaw Research | Westlaw Computer Research | $ 171.60 |
| 09/12/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 09/13/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/14/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/15/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 09/16/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/17/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 09/18/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 09/19/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/23/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/24/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 09/26/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 09/28/2020 | Lexis Research | Lexis Computer Research | $ 7.20 |
| 09/29/2020 | Lexis Research | Lexis Computer Research | $ 14.40 |
| 10/01/2020 | Pacer Research | Pacer Computer Research | $ 46.50 |
| 10/01/2020 | Arnold & Porter/eData Vendor* | eData Computer Research | $ 32.20 |
| 10/01/2020 | Pacer Research | Pacer Computer Research | $ 31.30 |
| 10/03/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/04/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/05/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/06/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/07/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/08/2020 | Lexis Research | Lexis Computer Research | $ 16.80 |
| 10/11/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/25/2020 | Lexis Research | Lexis Computer Research | $ 16.80 |
| 10/27/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 10/29/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 10/30/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/01/2020 | Arnold & Porter/eData Vendor* | eData Computer Research | $ 32.20 |
| 11/07/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/08/2020 | Westlaw Research | Westlaw Computer Research | $ 85.80 |
| 11/09/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/19/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/20/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 11/21/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/24/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 11/26/2020 | Lexis Research | Lexis Computer Research | $ 12.00 |
| 11/28/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |

| State of Israel | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 12/01/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 12/01/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 12/02/2020 | Lexis Research | Lexis Computer Research | $ 9.60 |
| 12/03/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 12/05/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 12/06/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 12/08/2020 | Lexis Research | Lexis Computer Research | $ 14.40 |
| 12/18/2020 | Lexis Research | Lexis Computer Research | $ 90.60 |
| 12/19/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 12/20/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 12/21/2020 | Lexis Research | Lexis Computer Research | $ 139.20 |
| 12/22/2020 | Lexis Research | Lexis Computer Research | $ 144.00 |
| 12/24/2020 | Lexis Research | Lexis Computer Research | $ 4.80 |
| 12/25/2020 | Lexis Research | Lexis Computer Research | $ 12.00 |
| 12/29/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| 12/31/2020 | Lexis Research | Lexis Computer Research | $ 2.40 |
| | | **TOTAL PAID** | **$ 7,398.20** |

*Fees for electronic data services provided by Compliance, a System One division.

**Government of the Federated States of Micronesia**

**Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

**Further, the services to which these expenditures relate may have been performed in a prior period.**

Disbursements Recorded – July 1, 2020 through December 31, 2020

| Government of the Federated States of Micronesia | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 07/30/2020 | FARA Registration Unit | Filing Fees | $     305.00 |
|  |  | **TOTAL PAID** | **$     305.00** |

**Bolivarian Republic of Venezuela under President Juan Guaidó**

**Note: The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

**Further, the services to which these expenditures relate may have been performed in a prior period.**

Disbursements Recorded – July 1, 2020 through December 31, 2020

| Bolivarian Republic of Venezuela under President Juan Guaidó | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 07/30/2020 | FARA Registration Unit | Filing Fees | $ 305.00 |
| 08/04/2020 | Westlaw Research | Westlaw Computer Research | $ 85.80 |
| 08/06/2020 | Westlaw Research | Westlaw Computer Research | $ 159.00 |
| 08/20/2020 | Mr. Mark Tushingham | Consultants/Experts | $ 16,831.04 |
| 08/20/2020 | Mr. Andrew Fulton | Consultants/Experts | $ 217,648.12 |
| 08/20/2020 | Mr. Mark Tushingham | Counsel Fees | $ 71,739.19 |
| 08/20/2020 | Mr. Mark Tushingham | Counsel Fees | $ 3,622.19 |
| 08/26/2020 | Mr. Mark Tushingham | Counsel Fees | $ 9,632.80 |
| 08/26/2020 | Mr. Andrew Fulton | Counsel Fees | $ 36,908.30 |
| 09/01/2020 | Rutter Associates LLC | Consultants/Experts | $ 5,000.00 |
| 09/14/2020 | Jasmine Hopkinson | Court Fees | $ 25.84 |
| 09/22/2020 | Opus 2 International Limited | Consultants/Experts | $ 3,895.33 |
| 09/22/2020 | A&P Personnel | Local Transportation | $ 36.71 |
| 09/23/2020 | Lexis Research | Lexis Computer Research | $ 256.00 |
| 09/23/2020 | A&P Personnel | Local Meals | $ 12.16 |
| 09/23/2020 | Westlaw Research | Westlaw Computer Research | $ 85.80 |
| 09/24/2020 | Lexis Research | Lexis Computer Research | $ 554.40 |
| 09/24/2020 | A&P Personnel | Local Transportation | $ 20.40 |
| 09/24/2020 | Westlaw Research | Westlaw Computer Research | $ 223.20 |
| 10/01/2020 | Pacer Research | Pacer Computer Research | $ 150.30 |
| 10/12/2020 | Jasmine Hopkinson | Court Fees | $ 25.83 |
| 10/15/2020 | Opus 2 International Limited | Consultants/Experts | $ 2,585.02 |
| 10/19/2020 | Mr. Andrew Fulton | Outside Counsel Fees | $ 183,809.96 |
| 10/23/2020 | Mr. Mark Tushingham | Local Meals | $ 75,269.38 |
| 10/28/2020 | Williams Lea | Duplicating | $ 0.20 |
| 10/30/2020 | The Supreme Court of the United Kingdom | Consultants/Experts | $ 1,300.02 |
| 11/25/2020 | Sir Daniel Bethlehem | Counsel Fees | $ 38,651.02 |
| 11/25/2020 | Mr. Andrew Fulton | Counsel Fees | $ 72,900.85 |
| 11/25/2020 | Mr. Mark Tushingham | Counsel Fees | $ 20,172.65 |
| 12/07/2020 | Zaiwalla & Co Ltd. | Court Fees | $ 537,101.20 |

| Bolivarian Republic of Venezuela under President Juan Guaidó | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 12/09/2020 | Westlaw Research | Westlaw Computer Research | $ 1,533.60 |
| 12/16/2020 | The Supreme Court of the United Kingdom | Consultant/Experts | $ 1,068.10 |
| 12/17/2020 | Westlaw Research | Westlaw Computer Research | $ 171.60 |
| 12/17/2020 | Westlaw Research | Westlaw Computer Research | $ 429.00 |
| | | **TOTAL PAID** | **$1,302,210.01** |

**Ministry of Trade, Industry, and Energy of the Republic of Korea**

**Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.**

Disbursements Recorded – July 1, 2020 through December 31, 2020

| Ministry of Trade, Industry, and Energy of the Republic of Korea | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 07/30/2020 | FARA Registration Unit | Filing Fees | $      305.00 |
| | | **TOTAL PAID** | **$      305.00** |

**Embassy of the Republic of Argentina**

Note:  The following information relates to all activities undertaken by the Registrant, whether registrable or non-registrable.

Disbursements Recorded – July 1, 2020 through December 31, 2020

| Embassy of the Republic of Argentina | | | |
|---|---|---|---|
| **Date Recorded** | **To Whom** | **Purpose** | **Amount** |
| 07/12/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| 07/30/2020 | FARA Registration Unit | Filing Fees | $         305.00 |
| 08/06/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| 09/23/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| 10/13/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| 11/09/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| 12/09/2020 | The Glover Park Group LLC | Consultants/Experts | $    36,000.00 |
| | | **TOTAL PAID** | **$  216,305.00** |

# ATTACHMENT 15C

15(c)   During this 6-month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes: _____          No:  X  

However, persons who have filed Short-Form Registration Statements in connection with Arnold & Porter Kaye Scholer LLP's registration under FARA made the following political contributions in connection with elections for federal offices:

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location of Event |
|---|---|---|---|---|
| 07/13/2020 | $2,800.00 | Collins for Senator | U.S. Senator Susan M. Collins | – |
| 07/14/2020 | $50.00 | Democratic National Committee (via ActBlue) | Democratic National Committee | – |
| 07/14/2020 | $50.00 | Hickenlooper for Colorado (via ActBlue) | John Hickenlooper, Candidate for U.S. Senate | – |
| 07/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |
| 07/17/2020 | $500.00 | Mikie Sherrill for Congress | U.S. Representative Mikie Sherrill | – |
| 07/24/2020 | $2,800.00 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 07/24/2020 | $2,800.00 | Biden Victory Fund | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 07/29/2020 | $500.00 | Blumenauer for Congress | U.S. Representative Earl Blumenauer | – |
| 07/29/2020 | $500.00 | Bill Hagerty for Senate (via WinRed) | Bill Hagerty, Candidate for U.S. Senate | – |
| 08/01/2020 | $500.00 | Collins for Senator | U.S. Senator Susan M. Collins | – |
| 08/10/2020 | $500.00 | Jackie Gordon for Congress | Jackie Gordon, Candidate for U.S. House of Representatives | – |
| 08/13/2020 | $500.00 | The Markey Committee | U.S. Senator Ed Markey | – |
| 08/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location of Event |
|---|---|---|---|---|
| 08/17/2020 | $136.28 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 08/20/2020 | $25.00 | DSCC (via ActBlue) | DSCC | – |
| 08/27/2020 | $1,000.00 | Dr. Cameron Webb for Congress | Dr. Cameron Webb, Candidate for U.S. House of Representatives | – |
| 08/31/2020 | $5.00 | DSCC (via ActBlue) | DSCC | – |
| 09/01/2020 | $100.00 | Carolyn for Congress | U.S. Representative Carolyn Bourdeaux | – |
| 09/11/2020 | $250.00 | Carolyn for Congress | U.S. Representative Carolyn Bourdeaux | – |
| 09/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |
| 09/20/2020 | $25.00 | DSCC (via ActBlue) | DSCC | – |
| 09/20/2020 | $1,000.00 | Warner Victory Fund | U.S. Senator Mark Warner | – |
| 09/21/2020 | $100.00 | DSCC (via ActBlue) | DSCC | – |
| 09/22/2020 | $250.00 | Hickenlooper for Colorado | John Hickenlooper, Candidate for U.S. Senate | – |
| 09/26/2020 | $500.00 | Wexton for Congress | U.S. Representative Jennifer Wexton | – |
| 09/27/2020 | $1,000.00 | Mighty Mujeres Victory Fund | Mighty Mujeres Victory Fund | – |
| 09/28/2020 | $40.00 | ActBlue | ActBlue | – |
| 09/28/2020 | $100.00 | Gina Ortiz Jones for Congress (via ActBlue) | Gina Ortiz Jones for Congress | – |
| 09/28/2020 | $1,000.00 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 09/28/2020 | $500.00 | Mark Kelly for Senate | Mark Kelly, Candidate for U.S. Senate | – |
| 09/28/2020 | $500.00 | Hickenlooper for Colorado | John Hickenlooper, Candidate for U.S. Senate | – |

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location of Event |
|---|---|---|---|---|
| 09/28/2020 | $1,000.00 | Biden Victory Fund | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 09/28/2020 | $500.00 | Jaime Harrison for U.S. Senate | Jaime Harrison, Candidate for U.S. Senate | – |
| 09/28/2020 | $500.00 | Cal for NC | Cal Cunningham, Candidate for U.S. Senate | – |
| 09/29/2020 | $10.00 | ActBlue | ActBlue | – |
| 09/29/2020 | $500.00 | Peters for Michigan | U.S. Senator Gary Peters | – |
| 09/30/2020 | $1,000.00 | Friends of Mark Warner | U.S. Senator Mark Warner | – |
| 09/30/2020 | $250.00 | Biden for President (via ActBlue) | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 10/03/2020 | $250.00 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 10/05/2020 | $1,000.00 | Peters for Michigan | U.S. Senator Gary Peters | – |
| 10/08/2020 | $500.00 | Lisa Blunt Rochester for Congress | U.S. Representative Lisa Blunt Rochester | – |
| 10/11/2020 | $50.00 | Biden for President (via ActBlue) | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 10/11/2020 | $10.00 | ActBlue | ActBlue | – |
| 10/13/2020 | $100.00 | Brady PAC (via ActBlue) | Brady PAC | – |
| 10/13/2020 | $1,270.00 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 10/13/2020 | $1,270.00 | Biden Victory Fund | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 10/14/2020 | $100.00 | Democratic National Committee (via ActBlue) | Democratic National Committee | – |
| 10/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |
| 10/16/2020 | $100.00 | 314 Action Fund (via ActBlue) | 314 Action Fund | – |

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location of Event |
|---|---|---|---|---|
| 10/16/2020 | $100.00 | ActBlue | ActBlue | − |
| 10/16/2020 | $500.00 | Defazio for Congress | U.S. Representative Peter Defazio | − |
| 10/18/2020 | $100.00 | Susan Wild for Congress (via ActBlue) | U.S. Representative Susan Wild | − |
| 10/18/2020 | $10.00 | ActBlue | ActBlue | − |
| 10/18/2020 | $50.00 | Biden for President (via ActBlue) | Former V.P. Joseph Biden, Candidate for U.S. President | − |
| 10/20/2020 | $25.00 | DSCC (via ActBlue) | DSCC | − |
| 10/22/2020 | $1,000.00 | Biden for President | Former V.P. Joseph Biden, Candidate for U.S. President | − |
| 10/22/2020 | $1,000.00 | Biden Victory Fund | Former V.P. Joseph Biden, Candidate for U.S. President | − |
| 10/23/2020 | $250.00 | Peters for Michigan | U.S. Senator Gary Peters | − |
| 10/25/2020 | $1,000.00 | Democratic State Committee (Delaware) | Democratic State Committee (Delaware) | − |
| 10/25/2020 | $10.00 | ActBlue | ActBlue | − |
| 10/25/2020 | $50.00 | Biden for President (via ActBlue) | Former V.P. Joseph Biden, Candidate for U.S. President | − |
| 10/26/2020 | $100.00 | Jason Crow for Congress (via ActBlue) | U.S. Representative Jason Crow | − |
| 10/26/2020 | $500.00 | Elaine for Congress | U.S. Representative Elaine Luria | − |
| 10/26/2020 | $1,000.00 | Mondaire for Congress | Mondaire Jones, U.S. House of Representatives | − |
| 10/28/2020 | $50.00 | Jason Crow for Congress (via ActBlue) | U.S. Representative Jason Crow | − |
| 10/28/2020 | $100.00 | Carolyn for Congress (via ActBlue) | U.S. Representative Carolyn Bourdeaux | − |
| 10/28/2020 | $250.00 | Max Rose for Congress | U.S. Representative Max Rose | − |
| 10/30/2020 | $100.00 | Jaime Harrison for U.S. Senate (via ActBlue) | Jaime Harrison, Candidate for the U.S. Senate | − |

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location of Event |
|---|---|---|---|---|
| 10/30/2020 | $500.00 | Jaime Harrison for U.S. Senate | Jaime Harrison, Candidate for the U.S. Senate | – |
| 11/01/2020 | $10.00 | ActBlue | ActBlue | – |
| 11/01/2020 | $50.00 | Biden for President (via ActBlue) | Former V.P. Joseph Biden, Candidate for U.S. President | – |
| 11/08/2020 | $500.00 | Young Kim for Congress | Young Kim, Candidate for U.S. House of Representatives | – |
| 11/12/2020 | $250.00 | Warnock for Georgia | Raphael Warnock, Candidate for U.S. Senate | – |
| 11/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |
| 11/18/2020 | $250.00 | Georgia Senate Victory Fund | Georgia Senate Victory Fund | – |
| 11/18/2020 | $100.00 | Warnock for Georgia | Raphael Warnock, Candidate for U.S. Senate | – |
| 11/20/2020 | $25.00 | DSCC (via ActBlue) | DSCC | – |
| 11/25/2020 | $250.00 | Jon Ossoff for Senate | John Ossoff, Candidate for U.S. Senate | – |
| 11/25/2020 | $250.00 | Warnock for Georgia | Raphael Warnock, Candidate for U.S. Senate | – |
| 11/29/2020 | $250.00 | Georgia Senate Victory Fund | Georgia Senate Victory Fund | – |
| 12/06/2020 | $250.00 | Warnock for Georgia | Raphael Warnock, Candidate for U.S. Senate | – |
| 12/15/2020 | $6.00 | DSCC (via ActBlue) | DSCC | – |

In addition, individuals who have filed a Short-Form Registration Statements in connection with Arnold & Porter Kaye Scholer LLP's registration under FARA made the following contributions to the Arnold & Porter Kaye Scholer LLP Partners political action committee ("PAC") during this reporting period. The PAC is an independent, non-connected entity, and is not established or administered by any candidate, political party, corporation, or labor organization. The contributions by the PAC to various candidates for office have been disclosed to the Federal Election Commission.

| Date | Amount of Thing of Value | Political Organization or Candidate | Recipient | Location |
|------|--------------------------|-------------------------------------|-----------|----------|
| 07/28/2020 | $125.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 07/28/2020 | $250.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 07/28/2020 | $625.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 07/28/2020 | $1,250.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 09/14/2020 | $125.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 09/14/2020 | $250.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 09/14/2020 | $625.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 09/14/2020 | $1,250.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 9/25/2020 | $2,500.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |
| 10/23/2020 | $5,000.00 | Arnold & Porter Kaye Scholer LLP Partners PAC | Arnold & Porter Kaye Scholer LLP Partners PAC | – |

Finally, an individual who has filed a Short-Form Registration Statement in connection with Arnold & Porter Kaye Scholer LLP's registration under FARA served as the Executive Director of the Fraternity & Sorority PAC. Further, individuals who have filed Short-Form Registration Statements in connection with the Registrant served as Executive Board members of the Arnold & Porter Kaye Scholer LLP Partners PAC during this reporting period. Both PACs are independent, non-connected entities, and are not established or administered by any candidate, political party, corporation, or labor organization. The contributions by the PACs to various candidates for office have been disclosed to the Federal Election Commission.