ORIGINAL

**MEMO ENDORSED**

# ReedSmith
*Driving progress through partnership*

**Nicole Lech**
Direct Phone: +1 212 549 0439
Email: nlech@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 16, 2021

**VIA ECF**

Hon. Louis L. Stanton
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21

**Re:** *Dresser-Rand Company v. Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A*
**S.D.N.Y. Docket No. 1:19-cv-002689-LLS**

Dear Judge Stanton:

We represent Plaintiff Dresser-Rand Company ("Plaintiff") in the above-referenced action. We write to request permission from the Court to conduct an examination of a non-party witness by videoconference at the upcoming trial set to begin in this matter on September 21, 2021.

Plaintiff intends to call Guido Petruzzelli, an employee of Siemens Capital, as a witness in the trial. Due to a very recent illness, Mr. Petruzzelli does not feel comfortable attending the trial in person in light of the COVID-19 pandemic. Accordingly, Plaintiff seeks the Court's permission to elicit Mr. Petruzzelli's testimony by way of videoconference. With the Court's permission, we can work with the Court's audio/visual department to make the necessary arrangements. We have conferred with counsel for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. and they have advised that they do not object to this request.

For these reasons, we respectfully request that the Court allow Dresser-Rand to introduce the live testimony of Mr. Petruzzelli by videoconference at trial.

Respectfully submitted,

*/s Nicole Lech*

Nicole Lech

*Granted.*
Louis L. Stanton
9/16/21

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON