

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Jordan W. Siev**
Direct Phone:  +1 212 205 6085
Email:  jsiev@reedsmith.com

September 27, 2021

<u>Via ECF</u>

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:     *Dresser-Rand Co. v. Petróleos de Venezuela, S.A., et al*, No. 19-cv-02689-LLS

Dear Judge Stanton:

This firm represents plaintiff Dresser-Rand Company ("<u>D-R</u>") in the above-referenced action.  We write, pursuant to Rule 1(A) of Your Honor's Individual Practices, and on behalf of both D-R and Defendant Petróleos de Venezuela, S.A., to apprise the Court of the post-trial briefing schedule agreed to by the parties.

Subject to Your Honor's approval, the parties have agreed upon a post-trial briefing schedule as follows:

1.  Opening briefs for each party shall be filed on or before <u>October 15, 2021</u>.

2.  Responding briefs for each party shall be filed on or before <u>November 5, 2021</u>.

We thank Your Honor and your staff for their time and attention during the trial, and throughout this matter.

Respectfully submitted,

*/s/ Jordan W. Siev*

Jordan W. Siev

cc:     All Counsel of Record (*via ECF*)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON