ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
Plaintiff,   Dresser-Rand Company              :        ORDER OF REFERENCE
                                               :        TO A MAGISTRATE JUDGE
       -v-                                     :
                                               :        19-cv-02689  (LLS ) (RWL )
                                               :
Defendant.   Petroleos De Venezuela, S.A. et al :
                                               :
                                               :
                                               x
---------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:* _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Attorneys' fees and costs

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  12/9/21

SO ORDERED:

_Louis L. Stanton_
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/21