**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DRESSER-RAND COMPANY,

                Plaintiff,                  19 **CIVIL** 2689 (LLS)

      -against-                      **JUDGMENT**

PETRÓLEOS DE VENEZUELA, S. A.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Judgment dated December 8, 2021, judgment is entered in favor of Dresser Rand Company ("D-R") and against Petróleos De Venezuela, S.A. ("PDVSA") in the amount of USD $166,082,240.21, plus post-judgment interest at the rate of 8.5% per annum pursuant to Section 2.04 of the Note Agreement.

**Dated:** New York, New York
          December 9, 2021

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court
                                   **BY:**
                                                           Deputy Clerk