USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRESSER-RAND COMPANY,

                   Plaintiff,

       - against -

PETROLEOS DE VENEZUELA, S.A.,

                 Defendant.
-------------------------------------------------------------X

19-CV-2689 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This matter has been referred to me for determination of attorneys' fees and costs. Accordingly, by **December 23, 2021**, the parties shall meet and confer and jointly file a proposed briefing schedule.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2021
       New York, New York

Copies transmitted this date to all counsel of record.