ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/22

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
DRESSER-RAND CO.,

                    Plaintiff,          19 Civ. 2689 (LLS)

         - against -                         ORDER

PETROLEOS DE VENEZUELA, S.A., et al.,

                    Defendants.
-------------------------X
```

Plaintiff having shown good cause and a reasonable time since the Judgment was entered having elapsed, see 28 U.S.C. § 1963, and there being no opposition, plaintiff may register its Judgment in the United States District Court District of Delaware.

So Ordered.

Dated: New York, New York
       August 9, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.