# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DRESSER-RAND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 19-CV-2689 |
| v. | ) | |
| | ) | Honorable Louis L. Stanton |
| PETROLEOS DE VENEZUELA, S.A., | ) | |
| | ) | |
| Defendant. | | |

<u>ASSIGNMENT OF JUDGMENT</u>

Plaintiff Dresser-Rand Company ("**Dresser-Rand**") hereby states that, on December 9, 2021, a Judgment was entered in its favor, and against Petroleos de Venezuela, S.A. (the "**Judgment Debtor**"), in the amount of $166,082,240.21, plus post-judgment interest at the rate of 8.5% per annum [Dkt No. 152] (the "**Judgment**").  Since the Judgment was entered, no payments have been made to Dresser-Rand by or on behalf of the Judgment Debtor, and the entire balance due thereunder, plus interest, remains due and owing.

As the holder of the Judgment, Dresser-Rand hereby assigns the Judgment, including all sums due thereunder or payable in connection therewith, and all rights claims and interests under the above-captioned proceeding and any appeals thereof, to Siemens Energy, Inc., a Delaware corporation.

Dresser-Rand acknowledges that notice of this Assignment of Judgment will be served upon the Judgment Debtor by first class mail, postage prepaid, by sending a copy of this Assignment of Judgment to counsel of record to the Judgment Debtor, Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017.

[signature page follows]

DRESSER-RAND COMPANY

By: _____

Name: _____

Its: _____

## ACKNOWLEDGMENT FOR ASSIGNOR

STATE OF _Texas_ )

                       )

COUNTY OF _Harris_ )

This instrument was acknowledged before me on this 19th day of _Dec_, 2022, by _Anja Talaker_, an authorized signatory for Dresser-Rand Company.

_____

Notary Public

My commission expires: 10-21-2024



BARBARA A WIDRA
Notary ID #10648953
My Commission Expires
October 21, 2024